# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

ROBERT D. CARTER
ADC #088351                                                    PETITIONER

v.                      No. 3:18-cv-206-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

## ORDER

In light of Carter's *in forma pauperis* motion, № 5, the Court declines the recommendation, № 4, without prejudice and returns this case to the Magistrate Judge for further proceedings.

So Ordered.

*(signature)*
D.P. Marshall Jr.
United States District Judge

18 December 2018