IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ROBERT D. CARTER
ADC #088351                                                          PETITIONER

v.                       No. 3:18-cv-206-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                    RESPONDENT

## JUDGMENT

Carter's petition is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

19 February 2019